UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

DOCKET NO. 3:25MJ-50
UNITED STATES OF AMERICA,                                        PLAINTIFF,

VS.

JUAN BALTAZAR FELIPE-PEDRO,                                      DEFENDANT.

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142; and that I fully understand that right.

\_\_\_\_\_  **I HEREBY WAIVE** my right to a detention hearing.

\_\_\_\_\_  **I HEREBY WAIVE** my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

__X___  **I HEREBY WAIVE** my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

Date: 2/7/2025

_____
Juan Baltazar Felipe-Pedro

/s/ Donald J. Meier
Counsel for Defendant